UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
LESLIE A M.,

             Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

             Defendant.
-----------------------------------------------------X

**CONSENT ORDER AWARDING ATTORNEY'S FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT (EAJA), 28 U.S.C. § 2412(d)**

5:23-cv-00375-DEP

IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys for the parties in the above-titled action that Plaintiff be awarded fees under the Equal Access to Justice Act (EAJA) (28 U.S.C. § 2412) in the amount of $4,760.00 (four thousand and seven-hundred-and-sixty dollars and zero cents) for attorney fees, and costs in the amount of $0.00 (zero dollars and zero cents) pursuant to 28 U.S.C. § 1920. Such award is made in full satisfaction of any claim for fees, costs, and other expenses pursuant to the EAJA.

It is further agreed that payment of fees will be made directly to Plaintiff's attorney if Plaintiff has agreed to transfer her rights to EAJA fees to her attorney, and provided that Plaintiff owes no debt that is subject to offset under the Treasury Offset Program.

AND, the Court having reviewed this matter,

IT IS on this __10th__ day of __May__, 20 __24__;

ORDERED that Plaintiff be allowed said award under the Equal Access to Justice Act.

_____
David E. Peebles
United States Magistrate Judge

The undersigned hereby consent to the form and entry of the within order.

        CARLA B. FREEDMAN
        United States Attorney
        Northern District of New York
        Attorney for Defendant

By: *s/ Fergus Kaiser*
        Fergus Kaiser
        Special Assistant U.S. Attorney
        Northern District of New York
        Office of Program Litigation, Office 2
        Social Security Administration
        6401 Security Boulevard
        Baltimore, MD 21235
        (212) 264-2049
        Email: fergus.kaiser@ssa.gov

        AMDURSKY, PELKY LAW FIRM
        Attorneys for Plaintiff

By: *s/* Amy Chadwick
        Amy Chadwick
        Amdursky, Pelky Law Firm
        26 East Oneida Street
        Oswego, NY 13126
        315-343-6363
        Fax: 315-343-0134
        Email: achadwick@apfwlaw.com