# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Leslie A. Matteson**
        Plaintiff(s)

vs.                          **CASE NUMBER: 5:23-cv-375 (DEP)**

**Commissioner of Social Security**
        Defendant(s)

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys for the parties in the above-titled action that Plaintiff be awarded fees under the Equal Access to Justice Act (EAJA) (28 U.S.C. Section 2412) in the amount of $4,760.00 (four thousand and seven-hundred-and-sixty dollars and zero cents) for attorneys fees, and costs in the amount of $0.00 (zero dollars and zero cents) pursuant to 28 U.S.C. Section 1920. Such award is made in full satisfaction of any claim for fees, costs, and other expenses pursuant to the EAJA. It is further agreed that payment of fees will be made directly to Plaintiff's attorney if Plaintiff has agreed to transfer her rights to EAJA fees to her attorney and provided that Plaintiff owes no debt that is subjected to offset under the Treasury Offset Program.

All of the above pursuant to the order of the Honorable **David E. Peebles**, dated May 10, 2024.

DATED: May 10, 2024

Clerk of Court

                                          s/Kathy Rogers
                                          Deputy Clerk